IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| RICHARD C. HERLEVI and KELLI A. HERLEVI,<br><br>Plaintiffs,<br><br>vs.<br><br>AUORA LOAN SERVICES, LLC and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER GRANTING MOTIONS TO DISMISS<br><br><br><br>Case No. 2:10-CV-839 TS |

This matter is before the Court on Motions to Dismiss filed by both Defendants and Plaintiffs. Defendants seek dismissal under Fed.R.Civ.P. 4(m), which provides for dismissal of an action without prejudice if a defendant is not served within 120 days after the complaint is filed. Plaintiffs agree that this case should be dismissed without prejudice. Based on the Motions submitted by the parties, it is hereby

ORDERED that the Motions to Dismiss (Docket Nos. 2 and 3) are GRANTED. The above-entitled case is DISMISSED WITHOUT PREJUDICE.

The Clerk of the Court is directed to close this case forthwith.

1

DATED   January 12, 2011.

                              BY THE COURT:

                              _____
                              TED STEWART
                              United States District Judge